IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CR 06 59 ML

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Cr. No. |
| vs. | ) In violation of 21 U.S.C. |
| | ) §§ 841(a)(1) & (b)(1)(B) |
| GARY HICKS | ) |

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about January 14, 2006, in the District of Rhode Island, the defendant, GARY HICKS, did knowingly and intentionally possess with intent to distribute 11.2 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

COUNT TWO

On or about January 27, 2006, in the District of Rhode Island, the defendant, GARY HICKS, did knowingly and intentionally possess with intent to distribute 9.9 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

MARY E. ROGERS
Assistant U.S. Attorney

Kenneth P. Madden

KENNETH P. MADDEN
First Assistant U.S. Attorney

DATE: 05-10-2006