AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

U.S.

v.

Mary Hicks.

APPEARANCE

CASE NUMBER: CR 06-59 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mary Hicks

I certify that I am admitted to practice in this court.

5/17/06
*Date*

[signature]
*Signature*

JOSEPH L. DE CAPORALE 1744
*Print Name* *Bar Number*

400 RESERVOIR AVE.
*Address*

PROV. R.I. 02907
*City* *State* *Zip Code*

401-228-8960 228-8961
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.