UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR 06-59ML |
| | : | |
| GARY HICKS | : | |
| | : | |
| | : | |

MOTION FOR CONTINUANCE AND
EXTENSION OF TIME

Now comes counsel for the Defendant and respectfully requests that the above-captioned matter which is scheduled to be called for trial on the July calendar be continued until the August calendar.

As grounds for the foregoing request, Defendant indicates that he has recently received discovery, namely audio and video recordings, which must be reviewed in order to adequately determine whether or not certain pretrial motions might be required.

WHEREFORE, counsel respectfully requests that this matter be continued to the August calendar and that deadlines for commitments to the Government regarding the entry of a plea be continued to July 14, 2006 at 4:00 p.m.

Counsel for the Defendant states that the Government has no objection to this request.

Respectfully submitted,

Joseph L. DeCaporale, Jr.
400 Reservoir Avenue
Providence, RI 02907
401-228-8960
401-228-8961 fax

CERTIFICATION

I hereby certify that I mailed by regular United States mail a true copy of the within document to counsel of record as indicated below on the 27 day of June, 2006.

[signature]

Sandra R. Beckner, Esq.
50 Kennedy Plaza
Providence, RI 02903