**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Cr. No. 06-059ML** |
| **v.** | : | |
| | : | **Violation of 21 U.S.C. § 851** |
| **GARY HICKS** | : | |

**INFORMATION CHARGING PRIOR CONVICTION**

I, Robert Clark Corrente, United States Attorney for the District of Rhode Island, do accuse the Defendant, GARY HICKS, who was charged by the United States Grand Jury in the District of Rhode Island on the 10th day of May, 2006 in Count One of the indictment with possession with intent to distribute 11.2 grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1)&(b)(1)(B), and in Count Two of the indictment with possession with intent to distribute 9.9 grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1)&(b)(1)(B), of having been previously convicted of a felony drug offense as described below:

1. On or about July 6, 1992, GARY HICKS, was convicted in Newport County (Rhode Island) Superior Court (case number N2/92-0310A) of manufacture and delivery of a controlled substance, a felony drug offense under state law, and was sentenced to a term of 13 years imprisonment suspended with 13 years probation.

WHEREFORE, the United States of America gives notice under 21 U.S.C. § 851 that Defendant GARY HICKS, has a previous conviction for a felony drug offense and therefore is subject to a fine of not more than four million dollars, a term of

imprisonment of not less than ten years and not more than life imprisonment, and a term of supervised release of at least eight years on Counts One and Two of the Indictment.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

SANDRA R. BECKNER
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on the 26th day of July, 2006, a copy of the within "Information Charging Prior Conviction" was mailed, postage prepaid, to Mr. Joseph Decaporale, The Calart Tower, 400 Reservoir Avenue, Providence, RI 02907.

[signature]