UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Appellee,<br>vs.<br>GARY HICKS<br>Appellant. | No.: 1:06CR00059-01ML |

## NOTICE OF APPEAL

Notice is hereby given that GARY HICKS, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit the sentence imposed on December 1, 2006.

Respectfully submitted,

Joseph L. DeCaporale, Jr.

Joseph L. DeCaporale, Jr.,
Calart Tower, Ste. LL-G
400 Reservoir Avenue
Providence, RI 02907
(401) 228-8960
(401) 228-8961 (Fax)

## CERTIFICATION

I hereby certify that I mailed a true copy of the within document to counsel of record as indicated below on the 5 day of December, 2006.

[signature]

Sandra Beckner, Esq.
U.S. Attorney's Office
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903

Mr. Gary Hicks
04003-070C-13B
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863