UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Appellee,<br>vs.<br><br>GARY HICKS<br><br>Appellant. | : | No.: 1:06CR00059-01ML |

MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the Defendant in the above-captioned matter and requests the Court allow him to proceed In Forma Pauperis. He is indigent, totally without funds and is incarcerated.

Respectfully submitted
Gary Hicks
By his attorney,

Joseph L. DeCaporale, Jr.

Joseph L. DeCaporale, Jr.,
Calart Tower, Ste. LL-G
400 Reservoir Avenue
Providence, RI 02907
(401) 228-8960
(401) 228-8961 (Fax)

CERTIFICATION

I hereby certify that I mailed a true copy of the within document to counsel of record as indicated below on the 5 day of December, 2006.

Kate A Maurer

Sandra Beckner, Esq.
U.S. Attorney's Office
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903

Mr. Gary Hicks
04003-070C-13B
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863