IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | C.R. 06-59ML |
| VS. | * | |
| GARY HICKS, | * | May 17, 2008 |
| Defendant-Petitioner | * | |

MOTION TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL UNDER 18 USC 3006A

Gary Hicks, (Hicks), federal prisoner number 04003-070, respectfully files this motion to proceed in forma pauperis and for appointment of counsel under the Criminal Justice Act, 18 U.S.C. § 3006A. Hicks believes that he is eligible for a reduction in his sentence due to the retroactive crack guideline amendments recently passed.

Hicks is a layman at law and due to the complex nature of the federal sentencing guidelines and 18 U.S.C. § 3582(c)(2), Hicks respectfully asks that counsel be appointed. Hicks attached a filled out CJA 23 form in support of his in forma pauperis request. See attached.

WHEREFORE, Hicks prays that the motion is granted.

Respectfully submitted,
Gary Hicks 5-19-08
Gary Hicks, pro se
Reg. No. 04003-070
FCI Ray Brook
P.O. Box 9001
Ray Brook, NY 12977-9001
May 17, 2008

CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed postage prepaid first class to: Sandra Beckner, AUSA, U.S. Attorney's Office, 50 Kennedy Plaza, Providence, RI 02903 by placing in the hands of prison officials this 19th day of May, 2008.

Gary Hicks
Gary Hicks

Gary Hicks
Reg. No. 04003-070
FCI Ray Brook
P.O. Box 9001
Ray Brook, NY 12977-9001

May 17, 2008

**BY CERTIFIED MAIL**

Clerk's Office
U.S. District Court (D. RI)
Two Exchange Terrace
Providence, RI 02903

Re: USA v. Hicks
Case No. 06-59ML

Dear Madam/Clerk:

Enclosed for filing is:

Motion to Proceed *in forma pauperis* and request for appointment of counsel

Certification

CJA 23 Form.

Kindly file.

Sincerely,

Gary Hicks

c: file