DC/RI DiMarzio
Judge Lisi

# United States Court of Appeals
## For the First Circuit

DC #: 06-00059

No. 06-2731

UNITED STATES OF AMERICA,

Appellee,

v.

GARY HICKS,

Defendant, Appellant.

**JUDGMENT**

Entered: June 26, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Eliot, Mr. Lockhart, & Ms. Beckner.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 7/25/08